# UNITED STATES DISTRICT COURT

First District of Massachusetts

Amy Rivera, Administratrix of the Estate of
Shadiaman Huacon, Essex Probate Court
Docket #02P-1675AD1

V.

United States of America

03-12435-RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

TO: (Name and address of Defendant)

Michael Sullivan, United States Attorney
United States District Court
One Courthouse Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Albert L. Farrah, Jr., Esq.
One Washington Mall, 5th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 0 3 2003

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Albert L. Farrah, Jr., Esq. | Attorney for Amy Rivera |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By certified mail, return receipt requested #7000 1670 0000 7500 3769 to Michael Sullivan, United States Attorney, United States District Court, One Courthouse Way, Boston, MA 02210 and #7000 1670 0000 7500 3776 to John Ashcroft, U.S. Attorney General, U.S. Dept. of Justice, 950 Pennsylvania Ave, NW, Washington, D.C.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/14/04
        Date

Signature of Server    Albert L. Farrah, Jr., Esq.

One Washington Mall
5th Floor
Boston, MA 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.