UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JAN 15 P 12:02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMY RIVERA, ADMINISTRATRIX OF THE ESTATE OF SHADIAMAN HUACON, ESSEX PROBATE COURT DOCKET #02P-1675AD1<br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant | Docket #03CV-12435RWZ |

## PROOF OF SERVICE

On December 16, 2003, I mailed a copy of the complaint, civil action cover sheet and summons to the defendant United States of America, postage prepaid, by certified mail, return receipt requested to the United States Attorney for the District of Massachusetts, Michael Sullivan, United States District Court, One Courthouse Way, Boston, MA 02210 and John Ashcroft, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001. The return receipts and summons are attached.

Signed under the penalties of perjury this 13 day of January, 2004.

                                                Plaintiff
                                                By her attorneys,

                                                ALBERT L. FARRAH, JR., ESQ.
                                                One Washington Mall
                                                Boston, MA 02108
                                                (617) 742-7766
                                                B.B.O. #159340

**SENDER:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

John Ashcroft, United States
  Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

DEC 2 9 2003

Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0000 7500 3776

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X Jennifer LaPointe   ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Michael Sullivan, United States
  Attorney
United States District Court
One Courthouse Way
Boston, MA 02210

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0000 7500 3769

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540