UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY RIVERA, Administratrix of the Estate of Shadiaman Huacom,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Civil Action No.<br>03-12435-RWZ |

### STIPULATION

The parties to this action, through their undersigned counsel, hereby stipulate that the defendants shall have up to and including Wednesday, March 3, 2004, in which to answer or otherwise respond to the Complaint. The parties further state that they are using the time to research background issues regarding the case.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| | By its attorney, |
| | MICHAEL J. SULLIVAN,<br>United States Attorney |
| /s/ Albert L. Farrah, Jr. (R.A.F.) | /s/ Rayford A. Farquhar |
| ALBERT L. FARRAH, Jr., Esq.<br>The Law Office of<br>One Washington Mall, 5th Fl.<br>Boston, MA 02108<br>(617) 742-2331 | RAYFORD A. FARQUHAR<br>Assistant U.S. Attorney<br>1 Courthouse, Suite 9200<br>Boston, MA 02210<br>(617) 748-3284 |

February 18, 2004

## CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                February 18, 2004

 I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, Albert L. Farrah, Jr., The Law Office of Albert L. Farrah, Jr., One Washington Mall, 5th Floor, Boston, MA 02108.

                  Rayford A. Farquhar
                  Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

 On February 17, 2004 I certify that I spoke with Albert L. Farrah, Jr., Esq. and he assented to the filing of this Motion.

                  Rayford A. Farquhar
                  Assistant U.S. Attorney