

*FILED IN CLERKS OFFICE 2004 MAY 26 P 12:32 U.S. DISTRICT COURT DISTRICT OF MASS.*

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

May 25, 2004

Judge Rya W. Zobel
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re: Amy Rivera, Administratrix of the Estate
        of Shadiaman Huacom v. United States of America
        C.A. No. 03-12435-RWZ

Dear Judge Zobel:

    This letter is being written to inform you that the above referenced case will not be sent before a medical claim review panel.

    As you know this case was before you on May 11, 2004 for a Scheduling Conference and at this juncture the parties will continue with discovery.

Very truly yours,

Rayford A. Farquhar
Assistant U.S. Attorney

cc: Albert L. Farrah, Jr.
    One Washington Mall
    Boston, MA 02108