UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY RIVERA, Administratrix of the )<br>Estate of Shadiaman Huacom,       )<br>                                   )<br>    Plaintiff,                    )<br>                                   )<br>        v.                         )<br>                                   )<br>UNITED STATES OF AMERICA,          )<br>                                   )<br>    Defendant.                     )<br>_____) | Civil Action No.<br>03-12435-RWZ |

**STIPULATION OF DISMISSAL**
<u>**WITH PREJUDICE AND WITHOUT COSTS AND INTEREST**</u>

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

| | |
|---|---|
| AMY RIVERA, ADMINISTRATRIX<br>OF THE ESTATE OF<br>SHADIAMAN HUACOM, | UNITED STATES OF AMERICA,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| */s/ Albert L. Farrar, Jr.* | */s/ Rayford A. Farquhar* |
| Albert L. Farrar, Jr. Esq.<br>Law Offices of Albert L. Farrah<br>One Washington Mall<br>Boston, MA 02108<br>(617) 742-7766 | Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3284 |

Dated: December 14, 2004

1